**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JOSEPH M. MEZA,

        Plaintiff - Appellant,

  v.

JOSEPH M. ARPAIO; et al.,

        Defendants - Appellees.

No. 09-15583

D.C. No. 2:06-cv-02909-SMM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted March 16, 2010[**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

    Joseph M. Meza, an Arizona state prisoner, appeals pro se from the district

court's order denying his motion for reconsideration of the judgment dismissing

his 42 U.S.C. § 1983 action for failure to prosecute. We have jurisdiction under 28

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291.  We review for abuse of discretion, *United Nat'l Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 780 (9th Cir. 2009), and we affirm.

The district court did not abuse its discretion by denying Meza's motion for reconsideration under Federal Rule of Civil Procedure 60(b) because Meza failed to provide a sufficient basis for relief from the judgment.  *See id.* (listing bases for reconsideration under Rule 60(b)).

Meza's remaining contentions are unpersuasive.

**AFFIRMED.**